# Exhibit H

**Re: A few things**  📎 2

**You**
matt@strategicriskllc.com

To: **Michael Ference** MFerence@SRFC.LAW
Cc: achin@spartancapital.com
Friday, April 19, 2024, 3:41PM

IMG_4171 — JPEG - 1.6 MB
IMG_4170 — JPEG - 2 MB

📎 2 attachments (3.6 MB)    ⬇ Save attachments

I'll share another couple of messages with you from Brian Duddy where he calls EFSH a con himself and stated that he bought in and lost money himself which was a lie. There is no opportunity for Spartan to manipulate the narrative to any other outcome. I have a statement of facts with 33 exhibits with transcribed conversations, text messages and a timeline of the scheme to defraud.

I'll share another couple of messages with you from Brian Duddy where he calls EFSH a con himself and stated that he bought in and lost money himself which was a lie. There is no opportunity for Spartan to manipulate the narrative to any other outcome. I have a statement of facts with 33 exhibits with transcribed conversations, text messages and a timeline of the scheme to defraud.

I have evidence that will not only prove my complaint to be credible and accurate but also expose Spartan Capital in the general practices of pump and dumps when it pertains to capital raises. My request to have the money I was scammed out of returned to me is generous on my end, as this loss of money had disrupted my ability to work for nearly 10 months.

Look forward to connecting next week.



Strategic Risk, LLC