# Exhibit A

12:15  

< (310) 733-8834

out soon.
11:17 AM

No worries. Just wanted to touch base to let you know I was buying more. I will reach out to Spartan anyway to see what they say
11:19 AM

Sounds good!
11:19 AM

So one thing that I wanted to check with you prior, is to get some assurance that this latest offering will be able to provide enough cash to last you without having to raise anything more for at least a year. Offerings always put enormous pressure on the stock, and I would have to manage my risk more if there were more coming.
12:03 PM

Our forecast does not show us raising equity for operating purposes.  As stated publicly, we see ourselves building cash from here on out.
12:14 PM

 Type something...