# Exhibit B

Unknown Speaker  0:05
Hey, Larry, good morning. Sorry, yeah,

Unknown Speaker  0:09
we just got to do this.

Unknown Speaker  0:11
I don't know if you have fully thought through

Unknown Speaker  0:16
what your checks reflect, but

Unknown Speaker  0:22
you definitely for one, you

Speaker 1  0:25
still have your position. No, no, I still have my position. But when I first met Steve,

Speaker 2  0:33
as I could what you would be asking us to do for one would be

Unknown Speaker  0:42
disposable. We would have to disclose.

Speaker 2  0:44
I've always been a proponent of given the position you've taken, offering you some form

Speaker 3  0:50
of board or advisory role, or which you would be remunerated, largely for your intellectual capital you'd be contributing going forward, which, ironically, would probably

Unknown Speaker  1:02
over a period of time, equate

Speaker 2  1:08
to an amount that in this moment in time, although this moment in time may not exist in perpetuity, would represent

Unknown Speaker  1:18
pretty significant compensation.

Unknown Speaker  1:22
Relative to a paper loss in a moment in time. I say all this

Speaker 2  1:29
because the app that you would have a set down based on the contract, based on the content of your messages, would be effectively

```
Unknown Speaker  1:38
a self defense

Speaker 2  1:41
offices that would create that would create for one litigation,
policy, litigation upon litigation, not only for shareholders, but
against you as a company. And that's why I was fairly surprised by the
messages, because there's ever been any

Unknown Speaker  2:00
resistance, from my perspective, that

Unknown Speaker  2:02
what you're contributing is valuable enough

Unknown Speaker  2:07
to warrant something, but not separate and apart from

Speaker 3  2:11
the any other holders, to the extent to which you're claiming To be
true would be true. Would Craig effectively

Unknown Speaker  2:22
a a

Speaker 4  2:24
self fulfilling prophecy on what the company about how the company's
equity could

Speaker 3  2:31
be used, or if the company's equity would be renewing everyone for
every loss in state

Speaker 1  2:37
law and myself included, let me just speak my piece so we were clear
that when I initially it's not a self fulfilling prophecy, but this
was the contingency that I actually participated in the offering in
the first place was based upon you not being able, was based

Unknown Speaker  2:56
upon the fully subscribed offering which

Speaker 1  3:00
came and we never heard but so let me finish alone one second. I have
to say this because,

Unknown Speaker  3:05
by by political and moral
```

Speaker 2  3:10
obligation, I do have to say this. We're all shareholders, yourself included. We as a company could not individually cut a deal with a shareholder

Unknown Speaker  3:22
that we wouldn't cut with every single shareholder.

Speaker 1  3:27
This is, but again, this, it's two separate is it's two separate issues. You're not, you're just not. Hillary, you're not letting me finish. Okay, you're not, I know, but I know you're not. You're not letting me finish. Okay, so I'm just going to go over our dialog as to how I went and participated in the offering in the first place. It was based upon no further equity offerings beyond that point. So let me just before you cut me off. So after the first offering was finished, for the further Okay, listen, no, no, but you're not. You're not, you're not letting me finish. You're not letting me finish.

Speaker 3  4:04
What the amount would have been raised. It would have let you know future

Unknown Speaker  4:10
equity I keep

Unknown Speaker  4:12
offerings at any point. So here, here,

Speaker 1  4:13
here was my interpretation, since you were not able to go and raise the full amount of money during the first offering, that you were going to move on and you weren't going to shoot yourself in the foot by doing another offering the next week, which, again, then that got screwed up. I know it's not your fault, but it's your lawyer's fault, but again,

Speaker 1  4:40
yeah, but you only got for you didn't get the money that you needed through that. It doesn't matter if it was at a higher price or not, if the optics are that you know you're not, you're not, you're just you're not letting me finish a thought. You're not

Speaker 5  4:54
letting me finish. Fill

Unknown Speaker  5:06
back that money.

Unknown Speaker  5:08

I know that you have,

Speaker 1  5:12
I know, but that's again, but that's not my fault. So all, all these chain of events either, but it's not my fault this. It's one catastrophic occurrence after another. And the thing is, I said what I had this discussion with you, and I said multiple layers of dilution would lead to this exact consequence, and that's what's going on right now and here. And here's the other issue, the

Unknown Speaker  5:40
stock price.

Speaker 1  5:48
No, you're not, because you're not a superhero, because all everything that happens, look, there's so many things that happen here that have my eyebrows raised, you know, up into the, you know, the whole, you know, paid promotion thing from from moon, and then doing an offering right after that, like that, like there's a lot of things that happened here that are, you know, are seemingly dubious, and I don't want to assign that to you, but this is, and this has been my experience so far, and I'm sorry, I'm sorry to say that, but you're not, you're not letting me finish Any

Unknown Speaker  6:20
thought that I have. Let me, let me.

Speaker 1  6:24
You're not letting me finish any thought that I have. So let me finish my thought. So after I, just after the second offering was called, you were I know that that offering got botched. I know that that's not your fault, but I can't be the fall guy for that. So I know after and so, so after that. So after that, those two offerings are we get this thought out the stock. So the outstanding share count when I first got into the stock was 7.2 million shares. After that, with the with the warrants and the common shares in the second one, it was 10 million shares. And then it was 4 million shares out the second one, which would get it up to about 20 to 20. No, 21 22 million. There was then 20 million shares added to the outstanding share count after that. Now what I'm trying to figure out, I'm not doing this to try to, you know, find, you know, get dirt on you, or get leverage. I want to know those I don't know. You're not letting me. You're not letting me Hey, hey, hey, you're not letting me finish. You're not letting me finish. You're not letting me finish. No, no, just let No, no. I know, but I know, but I just did just let me just finish my thought. Those 20 minutes, you're not letting me finish my thought, those I'm trying to help

Speaker 3  7:39
you solve the problem. I understand what you're saying. I'm trying, as

I said, we were talking about we were actually having a board or advisory role to the company well before this ever, even before we can share information. We're doing it

Speaker 1  7:55
on premise. What I'm trying, what I'm trying to say, what I want to know right now for myself, for myself, and I want to know first, because this is not something that should be hidden from shareholders. Because if there was that there were 20 million shareholders, no, I just don't know. I'm trying What's so wrong about me, trying to figure out what happened to those 20

Unknown Speaker  8:19
million absolutely nothing.

Speaker 3  8:22
My lawyers were available to do it, believe me, we can get you that information. The one every instructor who is going to be able to say lawyer at Battle local was on vacation for this week. She's kind of an Uber in terms of

Unknown Speaker  8:37
dragging shares, conversions,

Speaker 1  8:38
mortgage and everything. So you're saying you don't know what's right, so I just what I'm trying to figure out I'm saying

Unknown Speaker  8:43
to lay out the specific facts for you,

Speaker 3  8:47
or I would feel confident that we're giving you information that isn't going to need to be amended after a game change, or better, to give it to you the right way, with the right personal hiding and having

Unknown Speaker  8:59
signed off on it. Okay, but thing

Speaker 1  9:00
is, right now, with the way that the stock is going, there needs to be urgency on getting that information to shareholders. If this pressure, if you don't, I don't know, I just let me finish, if you believe that that that pressure that's coming is actually from me, because that, guess what? That's what you implied, you know, the beginning of the week, and that's, you know, I trusted that you had that information. But, but no, and I believe you, but is, there was 20 million shares that were issued, and I don't know where those shares went to and I want to know if those shares that were issued, that's

Unknown Speaker  9:42
why I'm shocked at your reaction.

Speaker 1  9:45
Because, because I need, I need, I need to react like this, because the stuff I need, I know, but I need to react like this my reaction, my reaction is due to the, you know, to the. Stock price and the impact you think that I don't have. You see the loss that I'm sitting on right now already? This is not fun for me, and it meant I am in a very, very dark place right now. So I it's not

Unknown Speaker  10:11
fun for any shareholder

Speaker 3  10:15
in the company, any constituent company, myself included, as far as the lenders don't understand that they're willing to lend us even more money. They don't understand it. They're looking I don't understand why the stock is reacting the way it is.

Speaker 1  10:31
So that's why none of, none of this make none of this makes sense. Because myself, I have, you know, I have about 4 million shares. I'm not putting any pressure on the stock if it's not mast hill or Leonid, because you're saying that they're they're holding on to their they haven't converted. They haven't hold on to their shares. That means that whatever

Unknown Speaker  10:51
soldiers, they haven't sold enough share sold to represent

Unknown Speaker  10:55
the pressure of

Speaker 1  10:57
its doctor. Okay, but this year, this is what shareholder they don't you.

Transcribed by https://otter.ai