# Exhibit F




> Give me a few. I'm at the gym, but I'll fill out the paperwork
> 2:12 PM

Sure. You have time
2:12 PM

> Lol I was thinking I'm not ready for another 400k + now
> 2:15 PM

> ↗ Completed call
> 2:22 PM

Wed, Jul 12

↙ Completed call
2:55 PM

I think this stock trade 30c–40c tomorrow and Friday
3:14 PM

> 👍
> 5:30 PM

Fri, Jul 14

> Hey, when you have a moment give me a quick call
> 8:1...

