# Exhibit G

7:15

<   +19084336302

> He's conned so many people
> 2:11 PM

Defaulting destroyed this and I can't believe he let that happen
2:11 PM

Yes. I feel conned
2:11 PM

> He ran the exact same playbook on the old owner of one of the subsidiaries
> 2:12 PM

I want this stock to pop. You to sell and then to never discuss this stock again
2:12 PM

I fuking watch it all day and have lost a good bit of money
2:12 PM

> Also the company that participated in the first offering
> 2:12 PM

Got in at 11c thinking it was going to 20c
2:12 PM

I've been speaking to lawyers all

Type something…