# Exhibit I

**BEVILACQUA**
PLLC

E: lou@bevilacquapllc.com
T: 202.869.0888 x.100
C: 202.203.8665
W: bevilacquapllc.com

September 14, 2023

<u>Via Email</u>

Matthew Miller
Email: matt@strategicriskllc.com

Re:   <u>Your September 11, 2023 Email to Lawrence X. Taylor</u>

Dear Mr. Miller:

On behalf of 1847 Holdings, LLC (the "Company"), I write in response to the email you sent on September 11, 2023, to Lawrence X. Taylor, a member of the Company's board of directors. In your email, you make three requests, none of which appears to have been made in good faith but rather in an attempt to harass the Company.

To wit, you asked for copies of the Company's "governance documentation which governs the activities of the LLC (Operating Agreement and other pertinent information)." Presumably, however, you already had copies of the Company's operating agreement, as amended, as the Company has made that available in its public SEC filings. *See, e.g.*:https://www.sec.gov/Archives/edgar/data/1599407/000147793218000387/efsh_ex31.htm (January 19, 2018, Second Amended and Restated Operating Agreement) and https://www.sec.gov/Archives/edgar/data/1599407/000121390021041595/ea145588ex3-1_1847hold.htm (Am. No. 1 thereto), respectively.

You also "formally request[ed]" "to join the board of directors, as of such LLC at the earliest date possible" and that a new chairman of the Board "be nominated." It is unfathomable that you made this request in good faith because no doubt you understood when you sent your email that those are significant organizational actions and, thus, recognized that those actions could not be undertaken by a simple email such as yours. Indeed, the Company's operating agreement, as amended, sets forth processes for both electing and removing directors.

Additionally, your email "request[s] … an independent investigative committee to be formed to investigate the conduct of 1847 Holdings LLC CEO/Chairman ('CEO') for securities violations/fraud and request[s] … an independent forensic [*sic*] accounting audit to be performed to account for and ensure the various 'sources and uses' of shareholder/LLC funds are/were appropriately utilized … for the period of calendar year 2021-2023 (YTD)." Like your other requests, this one also smacks of bad faith. For one, your allegations that the Company's CEO has engaged in fraud or violated securities laws are entirely generalized. If you had any concrete proof or specific basis for your allegations, one would have expected you to come forward with it in your email. That you did not indicates that your allegations and these particular requests are baseless and made in bad faith. Your request regarding the audit also asks the Company to, in effect, waste time and resources on doing something it has done already, namely, have an independent third-party audit its financial statements for fiscal years 2021 and 2022, respectively. The reports of those audits are incorporated into several

1050 Connecticut Ave., NW, Suite 500
Washington, DC 20036

---

PG. 2
September 14, 2023

**BEVILACQUA**
PLLC

of the Company's publicly available filings with the SEC. *E.g.*, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001599407/000121390023028686/f10k2022_1847hold.htm#f_001 (report of the independent registered public accounting firm for FY 2022); https://www.sec.gov/ix?doc=/Archives/edgar/data/0001599407/000121390022016805/f10k2021_1847holdingsllc.htm#g_028 (report of the independent registered public accounting firm for FY 2021). Furthermore, you have not pointed out any particular accounting irregularities.

Nevertheless, because the Company takes all allegations of wrongdoing by the Company, its officers, directors, or employees seriously – even ones that assert no basis on their face – your email, per Company policy, has been forwarded to the Company's Audit Committee for consideration regarding what, if any, action will be taken based on your email.

Do note that the Company also takes wrongdoing and other conduct aimed at harming the Company by shareholders or third parties seriously. Among other things, the Company will not tolerate and will take swift legal and other action to address fraudulent or deceptive statements about the Company and threatening or harassing emails directed to Company officers, directors, or employees. Likewise, the Company will act swiftly to address acts by shareholders or third parties violating federal securities laws that impact the Company. Such acts may include the spreading of falsehoods on social media about the Company or its personnel by shareholders to inflate the Company's stock price or by short sellers to depress the price of the stock.

Sincerely,

/s/ *Louis A. Bevilacqua*

Louis A. Bevilacqua[1]
*Counsel to 1847 Holdings, LLC*

