# Exhibit K

RE: Request by Miller (shareholder) for Mediation of dispute involving Company accused of deceitful acts and breach of implied covenant of good faith and fair dealing by Ellery Roberts, founder, controlling principal officer and CEO of 1847 Holdings, LLC

Dear Mr. Wilson:

This letter is in response to your letter dated January 25, 2024 to Mr. Miller of Strategic Risk, LLC. There has been an ongoing dispute between Mr. Miller and Mr. Roberts since July, 2023 for which we are asking the company for a resolution by way of an agreed upon pre-suit mediation; which will be confidential, have counsel present and a qualified federal law mediator will be mutually selected from the Judicial Arbitration & Mediation Services, Inc. (JAMS) with cost-sharing. See, https://www.jamsadr.com/meyer/. It is hoped that the end result will be a mutually acceptable, binding Agreement that makes Miller partially whole, as he has a family to provide for and does this by carefully selecting solid growth investments.

This letter will not set forth the specific details of Mr. Miller's case nor guide you to any relevant case law; which particularities are best left for a formal complaint. However, should the Company agree upon resolving this dispute by Mediation (which is a confidential forum ) then a more detailed statement, with supporting case law may be provided for your review in furtherance of expediting the process. However, for purposes of this request, a brief statement of Mr. Miller's claim is as follows:

**Statement:**
There has been an ongoing dispute between Mr. Miller and Mr. Roberts since July, 2023 wherein Mr. Miller claims that Mr. Roberts made a series of deceptive statements in his one-on-one telephone conversations and inter-personal communications with Mr. Miller so that Mr. Miller would purchase shares in (EFSH) 1847 Holdings, LLC.. Those conversations were well documented/recorded and included: a discussion of the financial condition of the Company, whether the Company would take steps towards a reverse split in the near future and whether there would be any need to exercise convertible debentures.
In those communications, Mr. Miller was assured by Mr. Roberts that the company was not taking any steps toward a reverse split nor would there be any equity dilution/conversion of

1 | P a g e

---

February 1, 2024    [STRATEGIC RISK, LLC SHAREHOLDER DISPUTE MEDIATION REQUEST]

promissory notes. Mr. Miller relied on the statements made to him by Mr. Roberts, and he subsequently purchased shares on the open market and in a private offering.

The statements made by Mr. Roberts to Mr. Miller were untrue. At no time did Mr. Roberts correct the false statements that he made to Mr. Roberts.

By August 22, 2023 Mr. Miller owned 4,000,000 shares or 9.8%. Shortly after Mr. Miller made his stock purchases, his investment underwent significant dilution by the exercise of convertible promissory notes and also by a reverse split. The exact loss that Mr. Miller suffered will be determined at Mediation but it is anticipated to be near $800,000.

Respectfully, I hope that we may resolve this dispute by an agreed upon Mediation. It is an avoidable disruption to other shareholders and a stain on the Company's image.

Sincerely,

*Strategic Risk LLC*

Reply to: Strategic Risk LLC