# Exhibit L

If you have bought anything from Appliances Connection you should try all you can to get the charges reversed.

On February 27th, Appliances Connection filed for bankruptcy. This company was lead by CEO Albert Fouerti. In that time I have not been able to get ahold of Forte Appliances or Superior Marketing (I have been dealing with both for a warranty repair). I suspect these companies are related to Appliances Connection--their websites are down as well.

In 2022, Albert Fouerti was forced out as CEO of Polished.com (an appliance website). The company later found he charged the company $800,000 in expenses unrelated to the company. Then, in 2023, Polished.com agreed to pay its landlord $100,000 in unpaid rent and other property costs. Its landlord was Albert Fouerti. Suspicious much?

One courier that I know of is currently holding all merchandise from Appliances Connection and not delivering to customers because Appliances Connection have not paid their bills. It is yet to be seen what this courier will do (there's stuff called liens, double payment liability, double booking, and all kinds of other things that protect couriers from things like this).

Its one thing to go out business, but this next bit is a whole different level. Appliances Connection called me about  weeks ago asking if I wanted to purchase an extended warranty for my refrigerator, and also called my wife and asked her the same question in regards to our washer and dryer. THEY LITERALLY TRIED TO SELL US A SERVICE THAT THEY HAD ZERO INTENTION OF HONORING.