```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MATTHEW MILLER, etc.,

                    Plaintiff,

        -against-                                       25-cv-8606 (LAK)

1847 HOLDINGS LLC, et al.,

                    Defendants.
------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2025

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The first amended complaint in this civil RICO case covers 85 pages (exclusive of exhibits) and contains 314 numbered paragraphs. It is discursive and contains legal argument and case citations that in ordinary circumstances have no proper place in a complaint. It is not the "short and plain statement of the claim showing that the pleader is entitled to relief" that Rule 8(a) requires.

        Accordingly, the first amended complaint is dismissed without prejudice to Plaintiff filing an amended complaint, no more than 40 pages long, on or before November 24, 2025. The Court regards 40 pages as ample given its review of the present pleading.

        SO ORDERED.

Dated:     October 28, 2025

_____
Lewis A. Kaplan
United States District Judge
