# Exhibit A

EX-99.1 2 ea178513ex99-1_1847hold.htm PRESS RELEASE ISSUED ON MAY 15, 2023

**Exhibit 99.1**

 

**1847 Reports 27.6% Increase in Revenue to $15.4 Million
and Achieves Profitability for Q1 2023**

*Gross profit increases 35.0% compared to the same period last year*

*Reaffirms guidance for revenue in excess of ⬛ million*

**NEW YORK, NY / ACCESSWIRE / May 15, 2023 /** 1847 Holdings LLC ("1847" or the "Company") (NYSE American: EFSH), a unique holding company that combines the attractive attributes of owning private, lower-middle market businesses with the liquidity and transparency of a publicly traded company, today provided a business update and reported financial results for the three months ended March 31, 2023.

**Q1 2023 Highlights and Subsequent Events**

- Total revenue was $15.4M for Q1 2023 compared to $12.1M in Q1 2022, a 27.6% increase year-over-year

- Gross profit was $5.8M in Q1 2023 compared to $4.3M in Q1 2022, a 35.0% increase year-over-year

- Gross profit margin for Q1 2023 was 37.9% compared to 35.8% for Q1 2022

- Net income was $1.0M for Q1 2023, compared to a net loss of $927,208 for Q1 2022

- Reaffirms prior guidance of 2023 revenue in excess of ⬛ million

Mr. Ellery W. Roberts, CEO of 1847 Holdings, commented, "I'm pleased to report revenues increased by 27.6% to $15.4 million and we achieved net income of $1.0 million for the first quarter of 2023. At the same time, our gross profit increased 35.0% over the same period last year. These results are further validation of the strength of our platform and our ability to acquire undervalued, cash flow positive, lower-middle market businesses at attractive valuations with minimum dilution to shareholders. Importantly, we are reaffirming our prior guidance of revenue in excess of ⬛ million in 2023. We also delayed the dividend on our common shares, as we are investing in our subsidiaries to enable them to meet the surging demand. In turn, we believe this will propel both the growth and cash flow of our subsidiaries. We look forward to providing near-term updates on the timing and amount of future dividends."

"Since completing the acquisition of ICU Eyewear Holdings, Inc. ("ICU") in the first quarter of 2023, we secured a large purchase order for personal care products with a major supermarket chain and announced a strategic collaboration to develop safety glasses for the automotive market. We believe these transactions further illustrate the synergies and value we bring to our portfolio companies. Moreover, our acquisition pipeline remains robust, as we are currently engaged in negotiations with multiple prospective transactions in various stages. Looking ahead, we believe we have built a highly scalable business model, which we expect will generate substantial returns value for shareholders in 2023 and beyond," concluded Mr. Roberts.

**Q1 2023 Financial Highlights**

Total revenues were $15,403,538 for the three months ended March 31, 2023, as compared to $12,073,878 for the three months ended March 31, 2022.

- Revenues from the retail and appliances segment decreased by $82,849, or 3.3%, to $2,437,935 for the three months ended March 31, 2023 from $2,520,784 for the three months ended March 31, 2022. The decrease was primarily due to ongoing supply chain delays and cost increases with appliance manufacturers, increased time it takes to receive products, and decreased customer demand.