# Exhibit D

September 10th, 2023
WITHOUT PREJUDICE
Lawrence Taylor
Board of Directors - 1847 Holdings LLC
Member of the Nominating and Corporate Governance Committee
E: lxtaylor24@gmail.com
P: 612.325.9500

REQUEST FOR AN INDEPENDENT INVESTIGATIVE COMMITTEE TO BE FORMED TO INVESTIGATE THE CONDUCT OF 1847 HOLDINGS LLC CEO/CHAIRMAN ("CEO") FOR SECURITIES VIOLATIONS/FRAUD and REQUEST FOR AN INDEPENDENT FORESENIC ACCOUNTING AUDIT TO BE PERFORMED TO ACCOUNT FOR AND ENSURE THE VARIOUS 'SOURCES AND USES' OF SHAREHOLDER/LLC FUNDS ARE/WERE APPROPRIATELY UTILIZED AND SUPPORTED BY APPROPRIATE GOVERNANCE/APPROVALS, WHERE REQUIRED, and SHAREHOLDER/MEMBER APPROVALS WERE OBTAINED WHERE REQUIRED, FOR THE PERIOD OF CALENDAR YEAR 2021-2023 (YTD)
I/WE ARE ALSO FORMALLY REQUESTING TO SEE THE GOVERNANCE DOCUMENTATION WHICH GOVERNS THE ACTIVITIES OF THE LLC (Operating Agreement and other pertinent information)
I AM ALSO FORMALLY REQUESTING TO JOIN THE BOARD OF DIRECTORS, AS OF SUCH LLC AT THE EARLIEST DATE POSSIBLE AND THAT THE APPROPRIATE STEPS BE TAKEN TO ENSURE MY NOMINATION POSTHASTE.
WE ARE ALSO FORMALLY REQUESTING A NEW INDEPENDENT CHAIRMAN BE NOMINATED TO CURE THE INHERENT CONFLICT OF INTEREST THAT EXISTS WITH THE CEO BEING THE CHAIRMAN OF THE LLC AND THE BOARD OF DIRECTORS WORK TOWARDS STRUCTURNG AND OBTAIN OPTIMAL CORPORATE GOVERNANCE

I am contacting you in your capacity as a member of the board of directors of 1847 Holdings LLC ("LLC") and as a member of the Nominating and Corporate Governance Committee ("Committee") of such LLC.
Given the conflicted nature of your CEO who is also listed as the Chairman of such LLC, I(we) are reaching out to yourself as a member of such Committee, prior to the possibility of 'shareholders' engaging outside council to formally represent the 'shareholder' claims/concerns.
I, in my capacity as I suspect the largest 'shareholder' of the LLC, have grave concerns about the conduct of the CEO. Myself, and other shareholders, believe these concerns involve securities fraud / violations which, in our opinion, warrants a formal and fulsome independent investigation and of which we believe the Board of Directors should take seriously and initiate and follow appropriate procedures to represent the best interest of 'shareholders' posthaste. This may involve placing the CEO on administrative leave