# Exhibit E

6:52

(310) 733-8834



bought more as i the optics of me selling my shares on the pop would've been horrible.  As of earlier this week, I was a 19% owner and you could've shared that information with me legally.  At this juncture, I need to see it stated publicly, with no ambiguity, that the company can build on cash and will no longer need an equity raise.  I took your word for it when I initially invested that you could build on cash and didn't have an equity raise in the forecast. I had friends and family members that bought in too believing they were safe from this – so I look like a complete ass.

4:50 PM

I didn't realize I could share that information with you.  Why don't we organize a call with our counsel so we can clear up what we can share and what we can't.  I didn't realize you are over the wall.

4:59 PM

Type something...