# Exhibit I

PG. 2

September 14, 2023



of the Company's publicly available filings with the SEC. *E.g.*, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001599407/000121390023028686/f10k2022_1847hold.htm#f_001 (report of the independent registered public accounting firm for FY 2022); https://www.sec.gov/ix?doc=/Archives/edgar/data/0001599407/000121390022016805/f10k2021_1847holdingsllc.htm#g_028 (report of the independent registered public accounting firm for FY 2021). Furthermore, you have not pointed out any particular accounting irregularities.

Nevertheless, because the Company takes all allegations of wrongdoing by the Company, its officers, directors, or employees seriously – even ones that assert no basis on their face – your email, per Company policy, has been forwarded to the Company's Audit Committee for consideration regarding what, if any, action will be taken based on your email.

Do note that the Company also takes wrongdoing and other conduct aimed at harming the Company by shareholders or third parties seriously. Among other things, the Company will not tolerate and will take swift legal and other action to address fraudulent or deceptive statements about the Company and threatening or harassing emails directed to Company officers, directors, or employees. Likewise, the Company will act swiftly to address acts by shareholders or third parties violating federal securities laws that impact the Company. Such acts may include the spreading of falsehoods on social media about the Company or its personnel by shareholders to inflate the Company's stock price or by short sellers to depress the price of the stock.

Sincerely,

