# Exhibit K



| | September 30, 2024 | December 31, 2023 |
|---|---|---|
| Prepaid taxes | 226,788 | 204,788 |
| Other current assets | 200,000 | 200,000 |
| Total prepaid expenses and other current assets | $ 703,059 | $ 771,364 |

On February 7, 2024, the Company entered into a consulting agreement with TraDigital Marketing Group for consulting services related to investor relations, digital marketing and advertising, and strategic advisory, totaling $1,400,000. The term of the agreement is for six months.

On February 8, 2024, the Company entered into a consulting agreement with Alchemy Advisory LLC for consulting services related to business and investor outreach, totaling $400,000. The term of the agreement is for six months.

On February 8, 2024, the Company entered into a consulting agreement with Reef Digital LLC for consulting services related to investor relations, IT support, and strategic advisory, totaling $333,000. The term of the agreement for 12 months.

On February 8, 2024, the Company entered into a consulting agreement with SeaPath Advisory, LLC for consulting services related to content marketing and strategic advisory, totaling $365,000. The term of the agreement is for three months.

The Company prepaid these consulting agreements, totaling $2,498,000, using the proceeds from the public offering (see Note 11). As of September 30, 2024, the total outstanding prepaid expense relating to these consulting agreements was $111,000.

*Accounts Payable and Accrued Expenses*

Accounts payable and accrued expenses as of September 30, 2024 and December 31, 2023 consisted of the following:

| | September 30, 2024 | December 31, 2023 |
|---|---|---|