

212.203.1249 (p)
646.390.5935 (f)
kevin@galbraithlawfirm.com
galbraithlawfirm.com

March 11, 2026

**BY CM/ECF**
Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

>   Re: *Miller et al. v. 1847 Holdings LLC et al.*
>   Civil Docket No. 1:25-cv-08606-LAK

Dear Judge Kaplan:

      As counsel for Plaintiff Matthew Miller, we respectfully submit this letter to bring to the Court's attention certain financial disclosures contained in the Defendants' filings with the United States Securities and Exchange Commission ("SEC") that clarify revenue figures referenced in the pleadings. In our judgment, these additional disclosures do not warrant amending the Complaint, and as such, we are filing them in letter form.

      While reviewing the company's SEC filings this past weekend, Plaintiff Mr. Miller observed a discrepancy between the revenue figures reported in the company's fiscal year 2023 financial statements and the revenue figure reflected in the company's later Form 10-K for the year ended December 31, 2024, which was released in late March 2025.

      Although the later filings were publicly available at the time we filed the operative Complaint, Plaintiff did not previously focus on them because the harm alleged in this action arises from events occurring during fiscal year 2023. Plaintiff therefore relied on the company's own fiscal year 2023 financial statements, which reported revenue for that year of approximately $68,681,818. Only upon reviewing the later filings did it become apparent that the company's subsequent Form 10-K reports total revenue for fiscal year 2023 of approximately $14,190,135.

      The figures referenced in the company's 2023 financial statements are historical reported revenue figures. The later filings strongly suggest that those previously reported figures were materially inaccurate. This discrepancy not only widens the gap between the revenue projections that Defendants publicly discussed during 2023 and the revenue it ultimately reported. It also indicates that the company's own historical reporting for fiscal year 2023 may have been incorrect.

      Because the discrepancy between these figures is substantial, we concluded that it would be appropriate to bring the matter to the Court's attention. A more detailed recitation of the relevant facts is enumerated below.

1. Through his involvement as a shareholder and his review of publicly available disclosures, SEC filings, press releases, and other public statements made by the defendants, Plaintiff reviewed financial information relevant to the issues raised in this case.

2. Earlier public disclosures referenced revenue figures in excess of approximately $68 million for fiscal year 2023. During that same period, company executives publicly discussed revenue expectations for the year in excess of approximately $90 million. A copy of the company's previously reported fiscal year 2023 revenue figures reflecting approximately $68,681,818 in revenue is attached hereto as Exhibit A.

3. While reviewing the company's later SEC filings, Plaintiff observed that the company's Form 10-K for the year ended December 31, 2024, reports total revenue of approximately $14,190,135 for the year ended December 31, 2023. A copy of the relevant page from that filing reflecting the revised revenue figure is attached hereto as Exhibit B.

4. The difference between the previously reported revenue of $68,681,818 and the later reported revenue of $14,190,135 is approximately $54,491,683. This difference amounts to approximately 79%.

5. The filings do not provide a detailed reconciliation explaining how revenue previously reported for 2023 in excess of $68 million was later reflected as approximately $14 million for that same fiscal year.

6. It is inconsistent with ordinary accounting practice to retroactively remove revenue that was earned during a prior fiscal year simply because a subsidiary was later sold, assigned to creditors, or otherwise removed from the corporate structure in a subsequent year. Under standard consolidated financial reporting principles, revenue generated by subsidiaries while they are owned and operating during a given fiscal year is included in the parent company's consolidated results for that period.

7. In addition to the annual revenue figures referenced above, the company publicly reported quarterly revenue results during 2023. On May 15, 2023, the company issued a press release announcing its financial results for the first quarter ended March 31, 2023, reporting approximately $15.4 million in revenue for Q1 2023. On August 14, 2023, the company issued a press release announcing its financial results for the second quarter of 2023, reporting approximately $19.4 million in revenue for Q2 2023. On November 14, 2023, the company issued a press release announcing its financial results for the third quarter of 2023, reporting approximately $9.96 million in revenue for Q3 2023. Based on those disclosures, the company publicly reported approximately $44.7 million in revenue through the first three quarters of 2023.

8. Notably, the revenue reported for Q1 2023 alone ($15.4 million) exceeds the company's later reported full-year revenue of approximately $14,190,135 for the entire 2023 fiscal year. Similarly, the revenue reported for Q2 2023 alone ($19.4 million) also exceeds the company's later reported full-year revenue figure for fiscal year 2023.

9. The company's Form 10-K further discloses revenue levels for certain operating segments during 2023, including retail and appliances, retail and eyewear, construction, and automotive supplies. The filing further reports that the retail and eyewear segment generated $15,454,097 in revenue for the period from February 9, 2023—the date the company acquired ICU Eyewear—through December 31, 2023. The construction segment is reported as generating $39,715,887 in revenue for the year ended December 31, 2023. The automotive supplies segment is reported as generating $4,550,586 in revenue for the year ended December 31, 2023. These four segment totals collectively equal $68,681,818,

2

which corresponds to the total revenue figure reported in the company's fiscal year 2023 financial statements.

10. With the exception of ICU Eyewear, which the company identifies as generating $15,454,097 during the period from February 9, 2023, through December 31, 2023, the company does not itemize revenue by subsidiary. Instead, revenue from other businesses is aggregated within broader operating segments.

11. As a result, the filings do not disclose how much revenue was generated individually by subsidiaries such as Asien's Appliance or High Mountain Door & Trim during fiscal year 2023. ICU Eyewear was acquired on February 9, 2023, and therefore was included in the company's consolidated operations only for part of that fiscal year. The company ultimately lost ICU Eyewear through a foreclosure process in August 2024, meaning the business remained under 1847 Holdings' control for less than two years. Asien's Appliance was placed into an assignment for the benefit of creditors in February 2024. High Mountain Door & Trim was sold in September 2024.

12. For the company's later filings to reduce previously reported fiscal year 2023 revenue from approximately $68,681,818 to approximately $14,190,135, the implication would be that ICU Eyewear, together with Asien's Appliance and High Mountain Door & Trim, accounted for revenue comprising that missing amount.

13. The company's segment-level reporting does not permit reconciliation of the revenue attributable to each subsidiary, and the later removal of several of these businesses from the company's portfolio only compounds the inability to determine how more than $54 million in previously reported 2023 revenue could later disappear from the company's financial presentation. Because this discrepancy involves historical reported revenue figures—not merely forward-looking projections—the issue cannot be resolved without examination of the underlying financial records.

14. Accordingly, the magnitude and structure of the discrepancy described above underscore the need for discovery into the company's financial reporting and the role of the individuals responsible for those disclosures, including both the 1847 Defendants and the Bevilacqua Defendants.

15. The higher revenue figures reported during 2023 also coincided with the period in which management and the company's external manager received compensation and management fees tied to the company's reported financial performance. To the extent those previously reported revenue figures were materially inaccurate, the individuals responsible for the company's financial reporting—including the Bevilacqua defendants and the 1847 defendants—would have directly benefited from those inflated financial representations.

Respectfully submitted,

THE GALBRAITH LAW FIRM

*/s/ Kevin D. Galbraith*

Kevin D. Galbraith, Esq.

4