**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MATTHEW MILLER,

                        Plaintiff,

          -against-                                  25 **CIVIL** 8606 (LAK)

                                                         **JUDGMENT**

1847 HOLDINGS LLC, et al.,

                      Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinions dated April 18, 2026, Defendants 1847 Holdings LLC, 1847 Partners LLC, Ellery W. Roberts, Vernice Howard. The motion of 1847 Holdings LLC, 1847 Partners LLC, Ellery W. Roberts, and Vernice Howard to dismiss the Second Amended Complaint is GRANTED. The dismissal of the claims under the Exchange Act and Rule 10b-5 is on the merits. The dismissal of the common law fraud claim is on the ground that the Court chooses not to exercise its discretion to proceed with that claim. Furthermore, Defendants Bevilacqua PLLC, Louis A. Bevilacqua's motion to dismiss the Second Amended is GRANTED in all respects.

**Dated:** New York, New York

        April 20, 2026

                                        **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                    **BY:** _____
                                       **Deputy Clerk**